UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| ROBERT L. COUSINS, et al., | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 1:14-cv-00515-DBH |
| | ) | |
| KEITH HIGGINS, et al., | ) | |
| | ) | |
|     Defendant | ) | |
| | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 11, 2014, his Recommended Decision (ECF No. 6). Plaintiffs filed their Objection to the Recommended Decision (ECF No. 7) on December 24, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiffs' claims against Defendants Porier, LaPrade, Kelly, Weir, Tracy Patton, Wayne Patton, Sanborn, Thomas Chisholm, Samuel Chisolm, Gilley, Jr. and John Doe #1 through John Doe #5 are **DISMISSED** for failure to state a claim against them pursuant to 28 U.S.C. § 1915(e)(2)(B).

/s/George Z. Singal_____
U.S. District Judge

Dated this 30th day of December, 2014.