UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ROBERT L. COUSINS AND JUDY A. COUSINS,<br><br>             PLAINTIFFS<br><br>v.<br><br>KEITH HIGGINS, HEATH HIGGINS, TADD JEWETT, MATTHEW TETREAULT AND MATTHEW LINDSLEY,<br><br>             DEFENDANTS | CIVIL NO. 1:14-CV-515-DBH |

PROCEDURAL ORDER

In light of the September 7, 2016, decision by the United States Court of Appeals for the First Circuit, upholding my dismissal of the plaintiffs' First Amendment claim, but vacating my dismissal of the plaintiffs' substantive due process and equal protection claims, and in particular in light of the First Circuit's final paragraph, the plaintiffs are hereby **ORDERED** "to file a single amended complaint, in which they conclusively set out the specific fact allegations on which their claims against the defendants depend." They shall do so by October 21, 2016.

SO ORDERED.

DATED THIS 3RD DAY OF OCTOBER, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE