UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ROBERT L. COUSINS AND JUDY A. COUSINS,<br><br>  PLAINTIFFS<br><br>v.<br><br>KEITH HIGGINS, HEATH HIGGINS, TADD JEWETT, MATTHEW TETREAULT, MATTHEW LINDSLEY, COLTON SANBORN, SAMUEL CHISHOLM, AND TOWN OF TREMONT,<br><br>  DEFENDANTS | CIVIL NO. 1:14-CV-515-DBH |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On March 10, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Amended Recommended Decision on Defendants' Motion to Dismiss and Upon Review of Plaintiffs' Amended Complaint under 28 U.S.C. § 1915. The plaintiffs filed an objection to the original Recommended Decision, and I treat that objection as applying to the Amended Recommended Decision as well.

I have reviewed and considered the Amended Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Amended Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set

forth in the Amended Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Amended Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Counts I, III, V, VI, VII, IX, X, XIV, XIII, XV and XVI of the Amended Complaint are **DISMISSED**. The defendants *MD Islander*, Alan Baker, Earl Brecklin, Mark Good, Wayne Patton, Thomas Chisolm, Debbi Nickerson and Dana Reed are **DISMISSED** without service. Service of the Amended Complaint is **ORDERED** on the defendants Town of Tremont, Tremont Volunteer Fire Department, Colton Sanborn and Samuel Chisolm.

**SO ORDERED.**

**DATED THIS 30TH DAY OF MARCH, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**