# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| ROBERT L. COUSINS, ET AL., )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>KEITH HIGGINS, ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 1:14-CV-515-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 28, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Defendants' Motion for Summary Judgment. The plaintiffs filed an objection to the Recommended Decision on July 12, 2018. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' amended motion for summary judgment is **GRANTED** and judgment is **ENTERED** for the defendants' on all remaining claims.

**SO ORDERED.**

**DATED THIS 3RD DAY OF AUGUST, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**